UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

SAMIR SAAD

                          Plaintiff,

-v.-

EXPERIAN INFORMATION SOLUTIONS, INC.,
VERIZON COMMUNICATIONS, INC.

                          Defendants.

---------------------------------------------------------------------------x

Civil Action No:
2:20-cv-12449

## NOTICE OF SETTLEMENT AS TO VERIZON COMMUNICATIONS. INC

Notice is hereby given that the Plaintiff Samir Saad and Defendant Verizon Communications, Inc. have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 3rd day of November, 2020

*/s/Nakicha T. Joseph*
Nakicha T. Joseph, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07205
Phone: 201-282-6500
Njoseph@steinsakslegal.com

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  11/4/2020

1